UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Edward C. Berthiaume

                    v.                              Civil No. 08-cv-238-JL

Beryl Cohen, Esq.


O R D E R


On October 29, 2008, plaintiff Berthiaume was ordered to either file return of service documents or a motion to extend time to effect service or the case would be dismissed without prejudice.  As no response has been filed to this Order, the case is herewith ordered dismissed without prejudice.

SO ORDERED.



December 3, 2008                          */s/ Joseph N. Laplante*
                                                  Joseph N. Laplante
                                                  United States District Judge


cc:    Edward C. Berthiaume, pro se